UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | ) | Civil File No. 01-CV-639 JRT/RLE<br><br>**ORDER FOR ATTACHMENT** |

Based upon the affidavits, memorandums, arguments of counsel, and proceedings herein, this Court rules as follows:

**<u>FINDINGS OF FACT</u>**

1. The Parties stipulate and agree that Defendant did not contest the entry of an attachment order as reflected herein.

2. Plaintiffs have demonstrated a probability of success on the merits.

3. Plaintiffs have demonstrated facts that show the existence of grounds for an attachment under Minn. Stat. § 570.02, subd. 1(1), (3), and (4).

FILED APR 1 7 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

4. The Parties stipulate and agree that no further hearing before Judge Tunheim is required pursuant to Minn. Stat. § 570.025 and § 570.026, and that this Order shall continue until final judgment is entered in this matter, unless Plaintiffs wish to add additional assets to the terms of the Order, in which case the Parties shall attempt first to reach stipulation and agreement before proceeding to hearing.

**NOW, THEREFORE, IT IS HEREBY ORDERED**

1. Defendant Schultz may not transfer, sell, or otherwise dispose of personal and real property, a list of which is attached as Exhibit B and C to this Order.

2. Upon receipt of a copy of this Order, any institution into which funds belonging to Plaintiffs have been transferred into accounts at the institution are hereby directed to freeze all funds in said accounts until further notice from this Court; a copy of these institutions and accounts is attached as Exhibit A. Plaintiffs are directed to serve copies of the Order on these institutions.

3. In lieu of freezing Farmers & Merchants State Bank of New York Mills ("F&M Bank") account # 15727 and loan/line of credit # 16358, Plaintiffs will designate a qualified CPA who shall have authority to monitor those accounts to ensure that they are used only for legitimate business reasons and that Plaintiffs' funds do not make their way into such accounts. The designated CPA shall promptly identify and inform Plaintiffs of any such suspected funds that are currently in such accounts or that make their way into such accounts.

4. In lieu of freezing Farmers & Merchants State Bank of New York Mills (F&M Bank) savings account # 73312 and checking account # 903-5, Plaintiffs will designate a qualified CPA who shall have authority to monitor those accounts to ensure that they are used only for legitimate reasons and that Plaintiffs' funds do not make their way into such accounts. The designated CPA shall promptly identify and inform Plaintiffs of any such suspected funds that are currently in such accounts or that make their way into such accounts.

5. Plaintiffs are granted leave to take the deposition of Defendant Gary Duane Schultz for the purpose of identifying any and all assets he may have.

6. Plaintiffs will post an attachment bond in the amount of $50,000, or deposit cash, a letter of credit, a cashiers check, or a certified check with the Court for the same amount upon filing of this order.

7. Defendant may post a bond in the amount of $12 million in lieu of attachment of his property.

8. This Order shall continue until final judgment is entered in this matter.

Dated: April 17, 2001

James Rosenbaum
Judge of United States District Court
for the District of Minnesota

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Dain Rauscher | 1101-7218-9506 | Barbara Schultz | Tom Erzar | 320 252 1218 | 320 251 4213 |
| Dain Rauscher | 1101-7219-7775 | | 1015 West ST Germain | | |
| Dain Rauscher | 1101-7220-2184 | Gary D. Schultz | Suite 430 | | |
| Dain Rauscher | 1101-7220-2200 | Gary D. Schultz | St.Cloud, MN 56301 | | |
| Dain Rauscher | 1101-7222-0650 | | | | |
| Adler Coleman & Co., Inc. | 1668157 | Gary Schultz | 20 Broad Street<br>New York, NY 10005 | | n/a |
| Adler Coleman & Co., Inc. | 61110796 | Gary Shultz | 20 Broad Street<br>New York, NY 10005 | | |
| American Futures Group | F 078 155 78823 | Gary D Schultz | 90 Washington Street<br>New York, NY 10006 | | 212 425 0202 |
| American Microtel Trust Acct. | 625 NO 39 | | | | |
| Banc of America | 800 13803 | Gary Shultz | 600 Montgomery Street<br>San Fransisco, CA 94111 | | |
| Bank One, Colorado | 102001017 | Gary D. Shultz | | | |
| Barron Chase Securities | 64217658 | Gary Shultz | 150 East 58th Street, 38th Floor<br>New York, NY 10155 | 212 832 9707 | 212 832 8900 |
| Barron Chase Securities | 71973460 | Gary Shultz | 83 Maiden Lane, 6th Floor<br>New York, NY 10038 | 212 832 9707 | 212 832 8900 |
| Bear Stearns | 050-28702 69A | Gary Schultz | 3424 Peachtree Road NE<br>Suite 1700<br>Atlanta, GA 30326-9983 | 404 842 4523 | |
| Bear Stearns | 05028702 87A | Gary D Shultz | 1 Metrotech Center North<br>Brooklyn, NY 11201-3859 | | |
| Bear Stearns | 050-28702 | Gary D Shultz | 950 East Paces Ferry Road N.E.<br>Atlanta, GA 30326 | 212 272 1000 | |
| Bear Stearns & Co. Inc. | 925-76655-22-B37 | | | | |
| Bear Stearns & Co. Inc. | 720-13426-10-G10 | | 1800 Century Park East<br>Los Angeles, CA 90067 | | |
| Bear Stearns & Co. Inc. | 720-13426-1-0-L32 | | | | |
| Bear Stearns Securities Corp | 59831206 -2-6 | Gary & Barbara Shultz | 1 Metrotech Center North<br>Brooklyn, NY 11201-3859 | | |
| Bear Stearns Securities Corp | 598-27047 | Gary & Barbara Shultz | 1 Metrotech Center North<br>Brooklyn, NY 11201-3859 | | |
| Bear Stears Securities Corp | 197-19633-1-7 | Gary Schultz | One World Trade Center, Suite 9151<br>New York, NY 10048 | | 212 272-1000 |
| Bear Stears Securities Corp | 050-28702 | Gary D Schultz | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Bear, Steams, & Co | 050-28702-1-5 | | 3424 Peachtree Road NE<br>Suite 1700<br>Atlanta, GA 30326-9983 | 404 842 4523 | |
| Bear, Steams, & Co | 720-13426-10-L74 | | 1 Metrotech Center North<br>Brooklyn, NY 11201-3859 | | |
| Berkeley Securitites Corportation | 730-06929 | Gary D. Schultz | 11 Broadway, 10th Floor<br>New York, NY 10004 | | |
| Biltmore | 78A-78241804-7985 | Gary D Shultz | 6700 North Andrews Avenue<br>Suite 500<br>Fort Lauderdale, FL 33309 | 954 351 4210 | 954 351 4200 |
| Bluestone Capital Partners, LP | LJA 020065 4U | Bluestone Capital Partners | 59 Mainlane, 32rd Floor<br>New York, NY 10038 | | |
| Bluestone Capital Securities | LHQ075538 C2 | Gary & Barbara Shultz | 59 Mainlane, 32nd Floor<br>New York, NY 10038 | | |
| Briarwood Investment Counsel | 64134818 | Gary Shultz | | | |
| Buckman, Buckman & Reid, Inc. | KH01 7529 8525 | Gary Schultz | 30 Broad Street, 17th Floor<br>New York, NY 10004 | 732 530 2937 | 212 809 8655 |
| Carnegie Funds Group | 021-8722206508 | Gary & Kirsten Shultz | PO Box 9010<br>Boston, MA 02205 | | |
| Cash Trust Series | 40013805 | Drew & Gary | PO Box 8604<br>Boston, MA 02266-8604 | | |
| Cash Trust Series | 4001 3806 | Gary & Kirsten Shultz | PO Box 8604<br>Boston, MA 02266-8604 | | |
| Chatfield Dean and Co | 71927254 | | 7935 E. Prentice Avenue, Suite 30<br>Englewood, CO 80111 | | |
| CIBC Oppenheimer | 13 2798343 | | | | |
| CIBC Oppenheimer Corp | 689-70740 | Gary D Schultz | Workd Financial Center<br>New York, NY 10281 | | 212 667 7000 |
| Commonwealth Assoc. | 598-06043 | | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | 212 829 5800 |
| Commonwealth Assoc. | 598-06043-17-218 | | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |
| Commonwealth Associates | LRX-038133-PP | Lance & Gary Schultz | 830 Third Ave, 4th Floor<br>New York, NY 10022 | n/a | n/a |
| Commonwealth Associates | LRX023004 PP | Gary & Barbara Shultz | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |
| Commonwealth Associates | LRX012321 PP | Gary Shultz | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |
| Commonwealth Associates | 598-31206 | Gary & Barbara Shultz | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Commonwealth Associates | 598-27047 | Gary Shultz | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |
| Commonwealth Associates | 598-06043-25-218 | | 830 3rd Avenue, 4th Floor<br>New York, NY 10022 | | |
| Corporate Securities Group | 594-72106 173 | | | | |
| Couch & Co | 19603356 | Gary Shultz | 40 Exchange Place, 16th Floor<br>New York, NY 10005-2701 | | |
| Cowen & Co | 06-13033-1-1 | | 40 Exchange Place, 16th Floor<br>New York, NY 10005-2701 | | |
| Cowen & Company | 2G-00864-1 | Gary D Schultz | Financial Square<br>New York, NY 10005 | | |
| Cruttenden & Co. | 3LY-015727 | | | | |
| CSG Corpcrate Securities Group | 981-33366 | Gary D. Shultz | | | |
| D.L. Cromwell Investments, INC. | 297-19262 | Mr. Gary Schultz | 20 Broad Street<br>New York, NY 10005 | | 212 422 7622 |
| Dain Bosworth | 1101 7220 2205 | Gary D & Barbara A Schultz | | | |
| Dain Rauscher | 1101-7222-2050 | Gary & Lance Schultz | 1015 West St. Germain, Suite 430<br>St. Cloud, MN 56301 | same as above | |
| Dain Rausher | 126P 6957 5424 | Gary Schultz | | | |
| Daley Securities | 729 027057 090 | Gary D. Schultz | 610 The Leader Bldg.<br>Cleveland, OH 44114 | | |
| Dean Witter Reynolds | 364-059025 | Gary Schultz | 5 World Trade Center<br>New York, NY 10048 | | |
| Dean Witter/Sears U.S. Gov MMT | 230 008287385 | Gary Schultz | PO Box 919<br>Jersey City, NJ 07303 | | |
| Drexel Burnham Lambert | 09-21384-4-32 | Gary & Barbara Schultz | One Federal Street<br>Boston, MA 02110 | | |
| Drexel Burnham Lambert | 17-47382-8-2-40 | | 60 Broad Street<br>New York, NY 10004-2367 | | |
| Drexel Burnham Lambert | 09-21512-0 | | | | |
| Drexel Burnham Lambert | 09-21512-0-1-69 | | | | |
| Drexel Burnham Lambert Inc. | 17-47382-8-2-47 | | | | |
| Drexel Burnham Lambert Inc. | 17-47382-8-140 | | | | |
| Drexel Burnham Lambert Inc. | 09-2512-0-2-83 | | | | |
| Drexel Burnham Lambert Inc. | 09-21512-0-83 | | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Duke & Co. Inc | 61-110796 | | 909 Third Avenue<br>New York, NY 10022 | | 212 355 3535 |
| Duke & Co. Inc | 64134818 | Gary Schultz | 909 Third Avenue<br>New York, NY 10022 | | 212 355 3535 |
| East Otter Tail Credit Union | 6034 | Gary & Barbara Shultz | 101 Main Ave N<br>P.O. Box F<br>New York Mills, MN 56567 | | |
| Ed & F Man International Inc | SI11 7233-2381 | Gary Schultz | 440 South LaSalle Street, 20th Floor<br>Chicago, IL 60605 | | |
| Equity Securities Trading Co. | 578555-6 | | | | |
| Farmers & Merchants State Bank | 091212726 | Gary Schultz | | | |
| Farmers & Merchants State Bank | 6692 | Gary & Barbara Shultz | Already frozen | | |
| Farmers & Merchants State Bank | 950477 | Gary & Barbara Shultz | Already frozen | | |
| Farmers & Merchants State Bank | 73312 | Kirsten & Gary Shultz | 11 North Walker<br>PO Box 278<br>New York Mills, MN 56567 | 218 385 9303 | 218 385 2300 |
| Farmers & Merchants State Bank | 162983 | Gary & Barbara Shultz | | | |
| Farmers & Merchants State Bank | 901439 | Gary D. Shutz | | | |
| First Commercial Financial Group | G 107 WZZ 2741P | Gary D. Schultz | | | |
| First Liberty Investment Group | 5KK 009414 | Gary Schultz | | | |
| First Union | E702 7529 9764 | Gary & Barbara Shultz | 30 South Wacker Drive, Suite 2020<br>Chicago, IL 60606 | | 312 648 3800 |
| FISERV Correspoindent Services | 71971525 | Gary Schultz | 84 William Street<br>New York, NY 10038 | | |
| FISERV Correspoindent Services | 71970753 | Gary D. Shutz Jr | 80 Washington Street, Building A<br>Norwell, MA 02061 | | |
| FISERV Correspoindent Services | 71969887 | Gary & Barbara Shultz | 1125 17th Street, Suite 1700<br>Denver, CO 80202 | | 516 248 3500 |
| FiServ Correspondent Services | 71964781 | Gary Schultz | 1125 17th Street, Suite 1700<br>Denver, CO 80202 | | 516 248 3500 |
| Fortis | 165432 | Gary & Kirsten Shultz | 1125 17th Street, Suite 1700<br>Denver, CO 80202 | | 516 248 3500 |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| GE Captial | 3526201-001 | | 125 17th Street, Suite 1700<br>Denver, CO 80202 | | |
| Gemstone Preview | 218 358 3454 | Gary Schultz | Norwest Center, Suite 200, St.Cloud, MN 56302 | | |
| Gilford Securities | 512-04615-1-1 | | | | |
| Gilford Securities | 512-04615-5-2 | | 110 Eglinton Avenue West, 4th Floor<br>Toronto, Ontario<br>Canada M4R 1A3 | 418 480 2460 | 416 480 9673 |
| GKN Securities | W494 033 772 | | One Whitehall Street<br>New York, NY 10004 | | |
| GKN Securities Corp | W49-0100641 | Gary Schultz | | | |
| GNP Commodities | 6004-60144 | | Mizner Park<br>433 Plaza Real, Suite 245<br>Boca Raton, FL 33432 | 561 750 1947 | 561 362 9300 |
| Goldman Sachs | 07-105932-2 | Gary D. Schultz | Mizner Park<br>433 Plaza Real, Suite 245<br>Boca Raton, FL 33432 | 561 750 1947 | 561 362 9300 |
| Greenway Capital Corp | 74719452 | Gary D. Shultz | | | |
| Greenway Capital Corp | 74720196 | Gary & Barbara Schultz | PO Box 953<br>Boston, MA 02103-0953 | | |
| Gruntal & Co | 617 18448 | Gary D. Shultz | 45 Broadway<br>New York, NY 10006 | n/a | |
| Gruntal & Co | 617-1848-1-29 | | 45 Broadway<br>New York, NY 10006 | | 212 334 8440 |
| Gruntal & Co | 617-1848-1-1-035 | | 14 Wall Street<br>New York, NY 10005 | | 212 267 8800 |
| Gruntal & Co | 214 11608 | Gary D. Schultz | 14 Wall Street<br>New York, NY 10005 | | 212 267 8800 |
| Hannover Sterling | 37-010076 | Gary D Schultz | 14 Wall Street<br>New York, NY 10005 | | 212 267 8800 |
| Hannover Sterling | 37-010071 | Barbara Schultz | 14 Wall Street<br>New York, NY 10005 | | 212 267 8800 |
| Hannover Sterling & Co. Ltd. | HS76 7374 0479 | | 88 Pine Street<br>New York, Ny 10005 | | 212 344 9090 |
| Hannover Sterling Co | 73759352 H576 | | 88 Pine Street<br>New York, NY 10005 | | 212 344 9090 |
| Hannover Sterling Co | EO 73759352 | | | | |
| Hayne, Miller & Farni | 581346 | Drew & Gary | | | |
| Hayne, Miller & Farni Inc. | 582334 | | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Hayne, Miller & Farni, Inc. | 581338 | Kirsten Shulz/ Gary Shultz C/F | 920 Second Ave S, Suite 1600<br>Minneapolis, MN 55402 | old ph # | |
| Hornblower & Weeks | 697-20288 | Gary Schultz | 920 Second Avenue S, Suite 1600<br>Minneapolis, MN 55402 | | |
| Hornblower & Weeks | FHX16 7361 9656 | Gary Shultz | 920 Second Avenue S, Suite 1600<br>Minneapolis, MN 55402 | | |
| John G. Kinnard | 400-13805-1-0 | Drew & Gary | 44 Wall Street, 15th Floor<br>New York, NY 10005 | 212 425 0021 | 212 667 7000 |
| John G. Kinnard | 800-13803-1-3 | Gary Shultz | 44 Wallstreet, 15th Floor<br>New York, NY 10055 | | |
| John G. Kinnard | 400-13804 | Gary Shultz & Lance | 920 Second Ave S<br>Minneapolis, MN 55402 | n/a | |
| John G. Kinnard | 400-13806 | Gary Shultz & Kirsten | | | |
| John Hancock Funds | 157006148 | Gary & Barbara Shultz | Box 248<br>New York Mills, MN 56567 | 612 370 2868 | |
| John Kinnard & Co | 400 13806 | Gary & Kirsten Shultz | Box 248<br>New York Mills, MN 56567 | | |
| JW Barclay & Co, Inc. | 605-70740 | Gary D. Schultz | John Hancock Way, Suite 1000<br>Boston, MA 02217-1000 | | 1800 225 5291 |
| JW Charles Clearing Corp | 54372112 | Gary Schultz | 920 Second Avenue S<br>Minneapolis, MN 55402 | | |
| JW Charles Securities, Inc. | 20087115 | Gary Shultz | 900 Route 9<br>North Plaza 9, 3rd Floor<br>Woodbridge, NJ 07095 | 212 667 5726 | 212 667 7000 |
| Kaufman Bros | EZ 8036646 | Gary Shultz Lund Boat | 980 North Federal Highway<br>Boca Raton, FL 33432 | | |
| Kaufman Bros. L.P. | EZ 8049846 | Gary & Barbara Schultz | 980 N. Federal Highway<br>Boca Raton, FL 33432 | | 561 338-2600 |
| Kaufman Bros., L.P. | EZ80498246 | Gary & Barbara Shultz | 800 Third Ave, 25th Floor<br>New York, NY 10022 | 212 292 8102 | 212 292 8100 |
| Legg Mason | 396-05079 | Gary & Barbara Shultz | 800 Third Ave, 25th Floor<br>New York, NY 10022 | 212 292 8102 | 212 292 8100 |
| Legg Mason | 420-5431 | Gary D Shultz | 800 Third Ave, 25th Floor<br>New York, NY 10022 | 212 292 8102 | 212 292 8100 |
| Lehman Brothers Inc. | 358-63652-1-9 | | 125 High Street<br>P.O. Box 1<br>Boston, MA 02101 | | |
| Lew Lieberbaum & Co., Inc. | 178-09048 | Gary D Shultz | 125 High Street<br>P.O. Box 1<br>Boston, MA 02101 | | |
| Lincoln Financial Group | 96-9092849 | Barbara Schultz | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Lowrance Electronics Inc | 193747 | | 600 Old Country Road, Suite 518<br>Garden City, NY 11530 | | |
| McClees Investments, Inc | 102314020 1 | Gary D. Schultz For Kirsten | PO Box 2340<br>Fort Wayne, IN 46801-2340 | | |
| Mercer, Bokert, Buckman & Reid | 212-809-8655 | Gary Shultz | | | |
| Mercer, Bokert, Buckman & Reid | KH06 7529 8525 | Gary Shultz | 555 International Centre<br>920 Second Avenue South<br>Minneapolis, MN 55402-3319 | | |
| Merril Lynch, Pierce, Fenner & Smith Inc. | 820-17A40 | | 75 West Front Street<br>Red Bank, NJ 07701 | | |
| Meyers Pollock Robins, Inc. | 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 | Gary Schultz | 75 West Front Street<br>Red Bank, NJ 07701 | | |
| MFS | 009/00000900282-1 | Gary D Shultz | | | |
| Millenium Securities Corp | 126P-6957-5424 | Gary Shultz | One World Trade Center, Ste.9151<br>New York, NY 10048 | 212-432-1556 | 212-323-3000 |
| Miller Johnson & Kuehn, Inc. | 7192330-9 | Gary D. and Kirsten N. Shultz | 319 Barry Ave<br>Wayzata, MN 55391 | 800 225 2606 | |
| Miller, Johnson & Kuehn, Inc. | 71923314 | Gary & Lance Schultz | | | |
| Miller, Johnson & Kuehn, Inc. | 6271924-2 | Gary D. Shutz | 5500 Wayzata Blvd, Suite 800<br>Minneapolis, MN 55416 | 763 544 2580 | 763 542 6000 |
| Miller, Johnson & Kuehn, Inc. | 578555 | | 763 544 2580 | 763 544 2580 | 763 542 6000 |
| Miller, Johnson, Steichen Kinnard | 71820170 | Gary Schultz | 5500 Wayzata Blvd, Suite 800<br>Minneapolis, MN 55416 | 763 544 2580 | 763 542 6000 |
| Montcalm Trade Services | MTS-9287D | Gary Schultz | 5500 Wayzata Blvd, Suite 800<br>Minneapolis, MN 55416 | 763 544 2580 | 763 542 6000 |
| Morgan Stanley | 26000073529 | Gary & Kirsten Shultz | 612 370 2557 | 612 370 2557 | 612 370 2700 |
| Morgan Stanley | 1S 22541 | Gary Schultz | 3901 Jean Talon W., Suite 200<br>Montreal PQ<br>Canada H3R 2G4 | 1-514-342-7737 | 1-514-597-9039 |
| Morgan Stanley | 26000071437 | Gary D Schultz | Suite 430, 1015 West St.Germain<br>St.Cloud, MN 56301 | | |
| Morgan Stanley Fund | 26000032308 | Gary & Lance Schultz | 101 Park Avenue, 6th Floor<br>New York, NY 10178 | | |
| Mutual Funds Group | 61110796 | Gary Shultz | 400 First Street South, Suite 200<br>St Cloud, MN | | |
| Newbridge Securities Corp. | 116-73073 | | 1015 West St. Germain<br>St. Cloud, MN 56301 | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Oberweis Securities | EM-M89-79801-1 1NVX | | P.O. Box 248<br>New York Mills, MN 56567 | | 212 830 5280 |
| Oppenheimer & Co. | 091-1636-10-263 | | 1771 West Diehl<br>Naperville, IL 60540 | | |
| Oppenheimer & Co. | 091-161364-0 | | | | |
| Oppenheimer & Co. | 750 7500256619 | Gary D Schultz | | | |
| Pain Webber | CT 35675 59 | | 330 Post Road<br>Darien, CT 06820 | | |
| Paine Webber Inc | TP608090109X | | 1015 W Saint Germain St.<br>St. Cloud, MN 56301-3400 | | |
| Paine Webber Inc | JH 342255-71 | | 330 Post Road<br>Darien, CT 06820 | | |
| Piper Jaffray | 140-647747-130 | Gary D Shultz | 330 Post Road<br>Darien, CT 06820 | | |
| Piper Jaffray | 100-647730-2 | | 319 Barry Ave.<br>Wayzata, MN 55391 | | |
| Piper Jaffray & Hopwood | 100-647730 | | 319 Barry Ave.<br>Wayzata, MN 55391 | | |
| Piper Jaffray & Hopwood | 647730 | | | | |
| Prime Charter Ltd | W04-8031280 | | | | |
| Prudential Securities | TBT 136871-44 | Gary Shultz | | | |
| Prudential Securities | TBT 136871-74 | Gary Shultz | | | |
| Prudential Securities | HWM-011636-1-B4 | | | | |
| Prudential Securities | 323906-2 | | | | |
| Prudential Securities | TBT136871-1 | | | | |
| Prudential Securities | TBT136871-2-74 | | One Seaport Plaza<br>New York, NY 10292 | | |
| Prudential Securities | 074-541364-2 | Gary Schultz | | | |
| Prudential Securities Inc. | HPP-046701-2-29 | | | | |
| Prudential Securitites | ORP312900-R4 | Gary Schultz | | | |
| R T G Richards & Co Inc | 71964856 | Garry D Schultz | | | |
| Raymond James | 44573390 | Gary Shultz | | | |
| Reich & Co. | ORE-088730-2 RHM | | 1125 17th Street, Suite 1700<br>Denver Co 80202 | | |
| RFC Clearing Services | 6600128494-0 | | 880 Carillon Pkwy<br>St.Petersburg, FL 33716 | 727 573 8603 | |
| RJ Steichen & Co | 0010-544304 | Gary Shultz | | | |
| RJ Steichen & Co | 432645 | Gary Shultz | | | |
| Robert Thomas Securities | 44573390 | Gary Shultz | One Financial Plaza<br>120 South 6th Street<br>Minneapolis, MN 55402 | 612 341-6223 | 612 341 6200 |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Royal Hutton Securities Corp | 19476597 | Gary Shultz | One Financial Plaza<br>120 South 6th Street<br>Minneapolis, MN 55402 | | |
| Sanda Brothers & Co., LTD | 4NY-225416 | Gary Shultz | P.O. Box 10638<br>St. Petersburg, FL 33733-0638 | | 617 345 5441 |
| Sands Brothers & Co. Ltd | 015-22541-2 | | 40 Fuhlton Street, 5th floor<br>New York, NY 10038 | | |
| Schneider Securities | TG 53774 DC | Gary Shultz | | | |
| Securities Settlement Corp. | 512-04615-2-9 | | | | |
| Securities Settlement Corp. | 512-04615-1-1 | | 1120 Lincoln Street, Suite 900<br>Denver, CO 80203 | 303 837 9200 | |
| Shearman Lehman Bros. | C 306-55465-11-195 | | | | |
| Shearman Lehman Bros. | C 306-55465-29-195 | | One Whitehall Street<br>New York, NY 10004 | | |
| Shearman Lehman Hutton Inc | 14027 1-2 | | | | |
| Shearman Lehman Hutton Inc | 358-03018-2-2 | | | | |
| Shearson Lehman Bros. | 354-19935-1-9-480 | | IDS Center, Suite 2800<br>80 S. Eighth St.<br>Minneapolis, MN 55402 | | |
| Shearson Lehman Bros. | 14027 2-0 | | 133 Federal Street<br>Boston, MA 02110 | | |
| Shearson Lehman Bros. | 354-19935-27-480 | | | | |
| Shearson Lehman Bros. | 353-14146-2-5-209 | | IDS Center, Suite 2800<br>80 S. Eighth St.<br>Minneapolis, MN 55402 | | |
| Shearson Lehman Bros. | 147-19152-1-3-020 | | | | |
| Shearson Lehman Bros. | 147-19152-2-1-020 | | 53 State Street<br>New York Mills, MN 56567 | | |
| Shearson Lehman Bros. | 147-19152-1-3-020 | | | | |
| Shearson Lehman Hutton Inc. | 353-14145-2-5-2 09 | | | | |
| Shearson Lehman Hutton Inc. | 353-14145-17-109 | | | | |
| Shearson Lehman Hutton Inc. | 358-0301814-205 | | | | |
| Shearson Lehman Hutton Inc. | 358-0301814 | | | | |
| Smith Barney | 315-27440-11 | | | | |
| Smith Barney | 02C 473820 | Mr. Gary Schultz | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| Smith Barney Harris Upham, Inc. | 02C-473820-2-JE0 | | | | |
| SmithBarney | 315 27440 2 9 334 | Gary D. Schultz | | | |
| SmithBarney | 04K-213845 | Gary D. & Barbara A Schultz | | | |
| Solomon Grey Financial Corp | 19603356 | Gary Shultz | 1 Penn Plaza, 39th Floor<br>New York, NY 10119 | | 212 643 5700 |
| Soverign Equity | 6600128494-66401 | | One Federal Street<br>Boston, MA 02110-2003 | | |
| Soverign Equity | 6600128494 | | 5340 LBJ Freeway, Suite 1626<br>Dallas, TX 75240 | | |
| Soverign Equity Management | 73053964 | Barbara & Gary Shultz | | | |
| Soverign Equity Management | 71786500 | Gary D. Shultz | | | |
| Stuart James Invest Bankers | 71927294-0464 | | | | |
| TAJ Global Equities | 229M-6951-5317 | Barbara & Gary Schultz | | | |
| Tasin and Company | 692 20288 | Gary Shultz | 8055 E. Tufts Avenue Parkway<br>Denver, CO 80237 | | |
| Templeton Foreign Fund | 104 0040 084938 | | 2502 North Rocky Point Drive 745<br>Tampa, FL 33607 | | |
| Templeton Foreign Funds | 104-0040-084960 | Drew & Gary | 1377 Motor Parkway<br>Hauppauge, NY 11788-5258 | | 516 232 0202 |
| Tucker Anthony | 015-47013 | Gary Schultz | PO Box 33031<br>St.Petersburg, FL 33733-8031 | 727 299 8700 | 1800 354 9191 |
| Van Eck Global | 52708 | Gary Schultz | PO Box 33031<br>St.Petersburg, FL 33733-8031 | 727 299 8700 | 1800 354 9191 |
| Van Eck Global | 93183851 | Gary Shultz | 666 Fifth Avenue<br>New York NY 10103 | | |
| Van Eck Global | 1127333 | Eugene Poser | PO Box 28407<br>Kansas City, MO 64121-8407 | 212 682 4958 | 212 682 4958 |
| Weatherly | SZ 16403 AB | Gary Shultz PO Box 248 | PO Box 28407<br>Kansas City, MO 64121-8407 | 212 682 4958 | 212 682 4958 |
| Wellington Group Inc. | 011636 | | PO Box 28407<br>Kansas City, MO 64121-8407 | 212 682 4958 | 212 682 4958 |
| Wertheim Shroder | W06-8031280-2 | | 2 World Trade Center, 29th Floor<br>New York, NY 10048 | | |
| Wertheim Shroder & Co. Inc. | W49-43372 | Gary Schultz | | | |
| Whale Securities | 25-54398-4 | Gary Schultz | | | |

EXHIBIT A

Asset Listing (Investments)

| Institution Name: | Account # | Name(s) on Account | Address: | FAX: | Phone: |
|---|---|---|---|---|---|
| | | | 650 5th Ave.<br>New York, NY 10019 | | 212 484 2000 |

EXHIBIT A

VEHICLE REGISTRATIONS (INCLUDING TRAILERS)

| LICENSE PLATE NO. | EXP MO. | VIN | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|
| EAX821 | June | 26CEK19K6P1243191 | 1993 | Cheverolet | GMT-400, Pickup | Tan/Blue |
| E13879 | Feb. | 4L4T11015SM003091 | 1995 | Floe | Trailer | |
| Z65298 | Feb. | 15DK101W9SAA04627 | 1996 | Deth. | Trailer | |
| G55668 | Feb. | 1MDHFUP11XA047097 | 1999 | Midi. | Trailer | |
| 904PCR | Feb. | 1GHDT13W8V2713944 | 1997 | Oldsmobile | Bravada, 4DR Wagon | Red/Red |
| AWX646 | May | 26CEK19R3W1273938 | 1998 | Cheverolet | GMT-400, Club Cab. PU | Blue/Gold |
| C512734 | Feb. | 41KMN1812T2011890 | 1996 | Sled | Trailer | |
| DME013 | Aug. | 1GNFK16R8XJ548498 | 1999 | Cheverolet | K15,S2 | Silver/Silver |
| EHF156 | Jan. | SAJDA01D3YGL49898 | 2000 | Jaguar | S-Type, 4DR Sedan | |
| RVB0822 | Feb. | 1FCNF53S0Y0A07119 | 2000 | Winnebago | Mobilehome | White/White |

EXHIBIT B

BOATS

| LICENSE NUMBER | EXP DATE | DLN | NAME | MAKE | YEAR | HULL ID NMBR | TYPE OF BOAT | HULL MATERIAL | PROPULSION | LENGTH |
|---|---|---|---|---|---|---|---|---|---|---|
| 6201GK | 1296 | S432271155480 | Schultz, Gary | Lund | 1995 | LUNP1261D495 | Runabout | Aluminum | Outboard | 18 |
| 6236GK | 1296 | S432271155480 | Schultz, Gary | Lund | 1985 | | Utility (Incl. Fishing) | Aluminum | Outboard | 16 |
| 6426HF | 1299 | S432271155480 | Schultz, Gary | Lund | 1998 | LUN90004E798 | Utility (Incl. Fishing) | Aluminum | Outboard | 18 |
| 6451HF | 1299 | S432271155480 | Schultz, Gary | Lund | 1990 | LUNA4491K990 | Utility (Incl. Fishing) | Aluminum | Outboard | 16 |
| 8656GT | 1200 | S432271155480 | Schultz, Gary | Lund | 1995 | LUNPZ027E595 | Pontoon | Aluminum | Outboard | 24 |
| 9936GN | 1299 | S432271155480 | Schultz, Gary | Lund | 1975 | LUN40016M75F | Canoe | Aluminum | Non-Motorized | 15 |
| 9155HJ | 1200 | S432271155480 | Schultz, Gary | Lund | 1999 | LUN90244D890 | Utility (Incl. Fishing) | Aluminum | Outboard | 18 |
| 6018HN | 1201 | S432271155480 | Schultz, Gary | Lund | 1999 | LUNPT427D999 | Utility (Incl. Fishing) | Aluminum | Outboard | 16 |
| 6079HN | 1201 | S432271155480 | Schultz, Gary | Lund | 2000 | LUNAJ547E900 | Runabout | Aluminum | Outboard | 18 |
| 0488HY | 1202 | S432271155480 | Schultz, Gary | Lund | 2001 | LUNLA002E001 | Utility (Incl. Fishing) | Aluminum | Outboard | 19 |
| 0782GC | 1295 | S432271155480 | Schultz, Gary | Lund | 1994 | LUNP0796D394 | Runabout | Aluminum | Outboard | 18 |
| 0908QX | 1201 | S432271155480 | Schultz, Gary | Lund | 1996 | PLE01906K596 | Jet Ski | Fiberglass/Plastic | Inboard | 8 |
| 1711GA | 1294 | S432271155480 | Schultz, Gary | Lund | 1993 | LUNP0379D293 | Utility (Incl. Fishing) | Aluminum | Outboard | 18 |
| 3746GU | 1297 | S432271155480 | Schultz, Gary | Lund | 1996 | LUNAJ008F596 | Utility (Incl. Fishing) | Aluminum | Outboard | 18 |

OFF ROAD

| LICENSE NUMBER | EXP | DLN | NAME | MAKE | MODEL | FRAME SSN | YEAR | ENGINE SIZE |
|---|---|---|---|---|---|---|---|---|
| 604 EX | 1297 | S432271155480 | Schultz, Gary | Polaris | 4x4 | 2553555 | 1995 | 350 |
| 479 JT | 1202 | S432271155480 | Schultz, Gary | Polaris | | 2517114 | 1995 | 400 |
| 211 KK | 1202 | S432271155480 | Schultz, Gary | Polaris | Sportsman | 4XACH500A0YA323995 | 2000 | 500 |

SNOWMOBILES

| LICENSE NBR | EXP DATE | DLN | NAME | MAKE | MODEL | BODY SSN | YEAR | ENGINE SIZE |
|---|---|---|---|---|---|---|---|---|
| AQ0433 | 0603 | S432271155480 | Schultz, Gary | Polaris | Indy | 2408783 | 1995 | 600 |
| BH2341 | 0601 | S432271155480 | Schultz, Gary | Polaris | Ultra | 2670360 | 1996 | 680 |
| CB9250 | 0603 | S432271155480 | Schultz, Gary | Polaris | 600XC | 3320462 | 1998 | 593 |
| CB9251 | 0603 | S432271155480 | Schultz, Gary | Polaris | XLT | 3315874 | 1998 | 597 |
| CT0551 | 0603 | S432271155480 | Schultz, Gary | Polaris | 500XC | 4XANP5ASX1B101073 | 2001 | 500 |

VEHICLE REGISTRATIONS (INCLUDING TRAILERS)

| LICENSE PLATE NO. | EXP MO. | VIN | YEAR | MAKE | MODEL | COLOR |
|---|---|---|---|---|---|---|
| EAX821 | June | 26CEK19K6P1243191 | 1993 | Cheverolet | GMT-400, Pickup | Tan/Blue |
| E13879 | Feb. | 4L4T11015SM003091 | 1995 | Flce | Trailer | |
| Z65298 | Feb. | 15DK101W9SAA04627 | 1996 | Deth. | Trailer | |
| G55668 | Feb. | 1MDHFUP11XA047097 | 1999 | Midi. | Trailer | |
| 904FCR | Feb. | 1GHDT13W8V2713944 | 1997 | Oldsmobile | Bravada, 4DR Wagon | Red/Red |
| AWX646 | May | 26CEK19R3W1273938 | 1998 | Cheverolet | GMT-400, Club Cab. PU | Blue/Gold |
| C512734 | Feb. | 41KMN1812T2011890 | 1996 | Sled | Trailer | |
| DME013 | Aug. | 1GNFK16R8XJ548498 | 1999 | Cheverolet | K15,S2 | Silver/Silver |
| EHF156 | Jan. | SAJDA01D3YGL49898 | 2000 | Jaguar | S-Type, 4DR Sedan | |
| RVB0822 | Feb. | 1FCNF53S0Y0A07119 | 2000 | Winnebago | Mobilehome | White/White |

# Gary Schultz Real Property

| TYPE | TAX ID NUMBER | OWNER | VALUE |
|---|---|---|---|
| Secondary Residence | | | 100,000.00 |
| Land | R52000230158000 | Gary & Barbara Schultz | 11,800.00 |
| Land | R52000230168000 | Gary & Barbara Schultz | 59,800.00 |
| Land | R52000240179000 | Gary & Barbara Schultz | 79,300.00 |
| Land | R52000990397000 | Gary & Barbara Schultz | 116,200.00 |
| Land | R52000990398000 | Gary & Barbara Schultz | 14,400.00 |
| Land | R53000110065000 | Gary & Barbara Schultz | 14,200.00 |
| Land | R33000080047000 | Gary & Barbara Schultz | 102,400.00 |
| Land | R73000080028002 | Gary & Barbara Schultz | 205,800.00 |
| Land | R52000230156004 | Gary & Barbara Schultz | 3,800.00 |
| Land | R52000090041009 | Gary & Barbara Schultz | 500.00 |
| Land | R52000230155001 | Gary & Barbara Schultz | 73,100.00 |
| Land | R73000990528000 | Gary & Barbara Schultz | 121,200.00 |
| Land | R52000240173002 | Gary & Barbara Schultz | 17,300.00 |

**EXHIBIT C**