UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil File No. 01-CV-639 JRT/RLE<br><br>**SUPPLEMENTAL ORDER FOR ATTACHMENT** |

Based upon the April 17, 2001, Order of this Court and the Stipulated Application for Supplemental Attachment, this Court rules as follows:

**FINDINGS OF FACT**

1. The New York Mills police seized approximately ten-thousand dollars ($10,000) in cash from Defendant, and secured said cash in the East Otter Tail Credit Union, P.O. Box F, New York Mills, Minnesota 56557.

2. The Otter Tail County Attorney seized approximately eleven-thousand dollars ($11,000) from Defendant, and secured said cash with the Otter Tail County Treasurer, Courthouse, 121 West Junius, Fergus Falls, Minnesota 56537.

FILED APR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Pursuant to the April 17, 2001, Order, Plaintiffs wish to add these assets of approximately twenty-one thousand dollars ($21,000), in cash to the terms of said Order; and

4. The Parties stipulate and agree to the addition of said assets to this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED**

1. Defendant Schultz may not transfer, use, dispose, or otherwise dissipate the approximately twenty-one thousand dollars ($21,000) of cash secured with the East Otter Tail Credit Union and the Otter Tail County Treasurer.

2. The approximately ten-thousand dollars ($10,000) in cash secured by the East Otter Tail Credit Union, P.O. Box F, New York Mills, Minnesota 56557, will be maintained and frozen by the East Otter Tail Credit Union until final judgment is entered in this matter.

3. The approximately eleven-thousand dollars ($11,000) in cash secured by the Otter Tail County Treasurer, Courthouse, 121 West Junius, Fergus Falls, Minnesota 56537 will be maintained and frozen by Otter Tail County Treasurer until final judgment is entered in this matter.

4. Upon receipt of a copy of this Order, the East Otter Tail Credit Union and the Otter Tail County Treasurer will freeze and maintain the above mentioned cash until further notice from this Court or at the stipulation and agreement between the Parties as to storage and security of the cash. Plaintiffs are directed to serve copies of the Order on these institutions.

5. Plaintiffs' attachment bond filed as a result of the April 17, 2001, Order will remain in effect for this Order.

6. Defendant may post a bond in the amount of the cash in lieu of attachment of this property.

7. This Order shall continue until final judgment is entered in this matter.

Dated: April 23rd, 2001

John R. ~~Tunheim~~ James M. Rosenbaum
Judge of United States District Court
for the District of Minnesota