UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,
and
Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

vs.

Gary Duane Schultz,

Defendant.

Civil File No. 01-CV-639 JRT/RLE

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, hereby agree and stipulate that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended. Defendant shall answer, move, or otherwise respond to the Complaint on or before June 30, 2001.

Dated: May 21, 2001

DORSEY & WHITNEY LLP

By [signature]
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: May 21, 2001

GREENE ESPEL, P.L.L.P.

By [signature]

Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

Defendant Gary Duane Schultz shall answer, move, or otherwise respond to the Complaint on or before June 30, 2001.

Dated: May 22, 2001

[signature]

John R. Tunheim
Judge of United States District Court
For the District of Minnesota