UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect<br>Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | ) | Civil File No. 01-CV-639 JRT/RLE<br><br>**ORDER** |

Upon stipulation of the parties and concurrence of the Court herewith, **IT IS HEREBY ORDERED**:

That this Court will maintain continued jurisdiction throughout the term of the Settlement Agreement. Defendant need not respond to Plaintiffs' Complaint.

Dated: Jan. 22, 2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota

FILED ... 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______