UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc., Plaintiffs, | ) | Civil File No. 01-CV-639 JRT/RLE |
| vs. | ) | **ORDER** |
| Gary Duane Schultz, Defendant. | ) | |

This matter came on for hearing before the undersigned on January 25, 2002. Dorsey & Whitney LLP and Janice M. Symchych, Esq. appeared on behalf of Plaintiffs, and Greene Espel, P.L.L.P. and William H. Hefner, Esq. appeared on behalf of Defendant. Pursuant to the arguments of counsel and all the files and proceedings herein, **IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 54 and 58(a), and the filed Settlement Agreement of the parties and executed Confession of Judgment, the Clerk of Court is directed to enter judgment against Defendant in the amount of $ 13,501,249.15;

2. Enforcement of judgment shall proceed pursuant to the terms of the Settlement Agreement of the parties in lieu of Fed. R. Civ. P. 69(a), except that Plaintiffs may reserve, during any time prior to full satisfaction of judgment, the right to proceed pursuant to Rule 69(a) by way of writ of execution, upon notice of motion and motion to the Court;

3. Assets of Defendant, which are frozen pursuant to the Attachment Order of April 17, 2001, and the Supplemental Order for Attachment dated April 23, 2001, shall be released

FILED FEB
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and simultaneously transferred to Plaintiffs or retained by Defendants as set forth in Supplementary Orders A-F, executed this date, and such other orders which may follow from time to time; and

4. This Court shall retain jurisdiction over this matter until such time as the judgment is satisfied, and shall from time to time consider such matters as are necessary to enforce the Settlement Agreement and Confession of Judgment.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota