UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil File No. 01-CV-639 JRT/RLE<br><br>**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF BANK ACCOUNTS** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that the April 17, 2001 Order for Attachment concerning the following accounts shall be vacated upon service of this Order by Defendant upon Farmers and Merchants State Bank of New York Mills, 11 North Walker Avenue, New York Mills, MN 56567 :

| | Financial Institution | Account Number |
|---|---|---|
| 1. | Farmers and Merchants State Bank | 669-2 |
| 2. | Farmers and Merchants State Bank | 95047-7 |
| 3. | Farmers and Merchants State Bank | 82685 |
| 4. | Farmers and Merchants State Bank | 82610 |
| 5. | Farmers and Merchants State Bank | 14126 |
| 6. | Farmers and Merchants State Bank | 903-5 |
| 7. | Farmers and Merchants State Bank | 73312 |
| 8. | Farmers and Merchants State Bank | 75317 |
| 9. | Farmers and Merchants State Bank | 901439 |
| 10. | Farmers and Merchants State Bank | 904466 |

The parties further stipulate that Defendant Gary D. Schultz, or Defendant Gary D. Schultz and his wife Barbara, or his family members Lance, Kirstin, Drew (collectively, the "Schultzes"), shall have access to the above accounts upon the service of this order upon Farmers



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

and Merchants State Bank of New York Mills, and that Farmers and Merchants State Bank of New York Mills shall allow the Schultzes access to the funds in these accounts, including allowing them to withdraw all funds and close the accounts if the Schultzes so direct for their individual or joint accounts.

The parties stipulate that the attachment order shall be vacated for the following accounts maintained at East Otter Tail County Credit Union, 101 Main Ave North, New York Mills, MN 56567, and that effective immediately upon signing, all legal right to the following accounts shall be transferred to and become the property of Plaintiffs. The parties further stipulate that East Otter Tail County Credit Union is hereby ordered to provide all such funds to Plaintiffs immediately upon service and provide sworn proof this transfer as set forth in Exhibit A.

| | **Financial Institution** | **Account Number** |
|---|---|---|
| 1. | East Otter Tail County Credit Union | 6034 |
| 2. | East Otter Tail County Credit Union | 351 |

Dated: January 30, 2002

DORSEY & WHITNEY LLP

By Mitchell W. Granberg

Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: Jan. 30, 2002

GREENE ESPEL, P.L.L.P.

By [signature]
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. The April 17, 2001 Order for Attachment concerning the following accounts at Farmers and Merchants State Bank of New York Mills, 11 North Walker Avenue, New York Mills, MN 56567 is vacated:

| | **Financial Institution** | **Account Number** |
|---|---|---|
| A. | Farmers and Merchants State Bank | 669-2 |
| B. | Farmers and Merchants State Bank | 95047-7 |
| C. | Farmers and Merchants State Bank | 82685 |
| D. | Farmers and Merchants State Bank | 82610 |
| E. | Farmers and Merchants State Bank | 14126 |
| F. | Farmers and Merchants State Bank | 903-5 |
| G. | Farmers and Merchants State Bank | 73312 |
| H. | Farmers and Merchants State Bank | 75317 |
| I. | Farmers and Merchants State Bank | 901439 |
| J. | Farmers and Merchants State Bank | 904466 |

2. Defendant Gary D. Schultz, or Defendant Gary D. Schultz and his wife Barbara, or his family members Lance, Kirstin, Drew (collectively, the "Schultzes"), shall have access to the accounts in paragraph 1 upon the service of this order upon Farmers and Merchants State Bank of New York Mills, and Farmers and Merchants State Bank of New York Mills shall allow the Schultzes access to the funds in these accounts, including allowing them to withdraw all funds and close the accounts if the Schultzes so direct for their individual or joint accounts.

3. The attachment order is vacated for the following accounts maintained at East Otter Tail County Credit Union, 101 Main Ave N., New York Mills, MN 56567.

| | **Financial Institution** | **Account Number** |
|---|---|---|
| A. | East Otter Tail County Credit Union | 6034 |
| B. | East Otter Tail County Credit Union | 351 |

4. Effective immediately upon signing, all legal right to funds in the accounts in paragraph 3 shall be transferred to and become the property of Plaintiffs effective upon signing of this Order.

5. East Otter Tail County Credit Union is hereby ordered to provide all such funds to Plaintiffs immediately upon service and provide sworn proof this transfer as set forth in Exhibit A.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect<br>Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc., | ) | Civil File No. 01-CV-639 JRT/RLE |
| Plaintiffs, | ) | **PROOF OF**<br>**TRANSFER OF ASSETS** |
| vs. | ) | |
| Gary Duane Schultz, | ) | |
| Defendant. | ) | |

By Order of the District Court, dated January 25, 2002, East Otter Tail County Credit Union has transferred the following accounts, assets, or property owned by Defendant Gary D. Schultz to Plaintiffs:

1. Account Number 6034, in the amount of ___________.
2. Account Number 351, in the amount of ___________.

Dated: __________, 2002

By: ____________________________

Its: ____________________________

Subscribed and sworn to before me
this ___ day of____________, 2002.

______________________________
Notary Public

**Exhibit A**