UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil File No. 01-CV-639 JRT/RLE<br><br>**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF <u>REAL PROPERTY</u>** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that all legal rights to following real property shall be transferred to and become the property of Plaintiffs effective upon signing of this Order. Defendant shall immediately execute warranty deeds in favor of Plaintiffs for the following real property:

| | | |
|---|---|---|
| 1. | Land | R52000230158000 (everything but Eastern 10 acres) |
| 2. | Land | R52000230168000 (everything but Northeastern 62.5 acres) |
| 3. | Land | R52000240179000 |
| 4. | Land | R52000990397000 |
| 5. | Land | R52000990398000 |
| 6. | Building and land | R73000080028002 |
| 7. | Land | R52000090041009 |
| 8. | Land | R52000230155001 |
| 9. | Building and land | R73000990528000 |

FILED FEB 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Plaintiffs and Defendant further agree that upon Defendant's execution of the Warranty Deeds, and the completion of all necessary matters to transfer the property, that the April 17, 2001 Order for Attachment concerning the following real property be vacated. Plaintiffs will serve this Order upon Otter Tail County when the warranty deeds have been executed to their satisfaction:

| | | |
|---|---|---|
| 1. | Land | R52000230158000 |
| 2. | Land | R52000230156001 |
| 3. | Land | R52000230168000 |
| 4. | Land | R52000240179000 |
| 5. | Building and land | R52000990397000 |
| 6. | Land | R52000990398000 |
| 7. | Land (joint tenancy) | R53000110065000 |
| 8. | Land | R33000080047000 |
| 9. | Building and land | R73000080028002 |
| 10. | Land | R52000230156004 |
| 11. | Land | R52000090041009 |
| 12. | Land | R52000230155001 |
| 13. | Building and land | R73000990528000 |
| 14. | Land | R52000240173002 |

Dated: January 30, 2002

DORSEY & WHITNEY LLP

By [signature]

Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: Jan. 30, 2002

GREENE ESPEL, P.L.L.P.

By [signature]

Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. All legal rights to following real property in this paragraph shall be transferred to and become the property of Plaintiffs effective upon signing of this Order. Defendant shall immediately execute warranty deeds in favor of Plaintiffs for the following real property in this paragraph:

| | |
|---|---|
| A. Land | R52000230158000 (everything but Eastern 10 acres) |
| B. Land | R52000230168000 (everything but Northeastern 62.5 acres) |
| C. Land | R52000240179000 |
| D. Land | R52000990397000 |
| E. Land | R52000990398000 |
| F. Building and land | R73000080028002 |
| G. Land | R52000090041009 |
| H. Land | R52000230155001 |
| I. Building and land | R73000990528000 |

2. The attachment order for the April 17, 2001, Order for Attachment is vacated for the following real property in this paragraph upon Schultz's execution of the Warranty Deeds.

| | |
|---|---|
| A. Land | R52000230158000 |
| B. Land | R52000230156001 |
| C. Land | R52000230168000 |
| D. Land | R52000240179000 |

| | |
|---|---|
| E. Building and land | R52000990397000 |
| F. Land | R52000990398000 |
| G. Land (joint tenancy) | R53000110065000 |
| H. Land | R33000080047000 |
| I. Building and land | R73000080028002 |
| J. Land | R52000230156004 |
| K. Land | R52000090041009 |
| L. Land | R52000230155001 |
| M. Building and land | R73000990528000 |
| N. Land | R52000240173002 |

3. Plaintiffs will serve this Order upon Otter Tail County when the warranty deeds have been executed to its satisfaction.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota