UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil File No. 01-CV-639 JRT/RLE<br><br>**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF INVESTMENT ACCOUNTS** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that the April 17, 2001 Order for Attachment (attached as Exhibit A) concerning Defendant's accounts be vacated upon Plaintiffs' service of this Order upon the entities or their successors holding these accounts, as listed in Exhibit A (hereinafter "entities or their successors").

The parties further stipulate that effective immediately upon the signing of this Order, all legal right to funds, equities, or other property in these accounts shall be transferred to and become the property of Plaintiffs, with the exception of Dain Rauscher account # 1101-7220-2184 and Lincoln Financial Group account # 96-9092849, which shall remain the property of Defendant or his wife, Barbara Schultz. If the entities or their successors hold any other account, asset, or property of Defendant's other than the accounts listed in Exhibit A, all legal right to these accounts, assets, or properties shall also be transferred to and become the property of

**Supplementary Order C**

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Plaintiffs upon the signing of this Order, with the exception of account Dain Rauscher account # 1101-7220-2184 and Lincoln Financial Group account # 96-9092849, which shall remain the property of Defendant or his wife, Barbara Schultz.

The parties further stipulate that Plaintiffs shall serve this Order upon each entity or its successor and Plaintiffs only will ensure that the Order is served. The parties further stipulate that each entity or its successor shall provide sworn proof of this transfer as set forth in Exhibit B.

Dated: Jan. 30, 2002

DORSEY & WHITNEY LLP

By ______________________
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: Jan. 30, 2002

GREENE ESPEL, P.L.L.P.

By ______________________
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. That the April 17, 2001 Order for Attachment (attached as Exhibit A) concerning Defendant's investment accounts is vacated upon Plaintiffs' service of this Order upon the entities or their successors holding these accounts, as listed in Exhibit A (hereinafter "entities or their successors").

2. Effective immediately upon the signing of this Order, all legal right to the funds, equities, or other property in these accounts shall be transferred to and become the property of Plaintiffs, with the exception of Dain Rauscher account # 1101-7220-2184 and Lincoln Financial Group account # 96-9092849, which shall remain the property of Defendant or his wife, Barbara Schultz.

3. If the entities or their successors hold any other account, asset, or property of Defendant's other than the accounts listed in Exhibit A, all legal right to these accounts, assets, or properties shall also be transferred to and become the property of Plaintiffs upon the signing of this Order, with the exception of Dain Rauscher account # 1101-7220-2184 and Lincoln Financial Group account # 96-9092849, which shall remain the property of Defendant or his wife, Barbara Schultz.

4. Plaintiffs shall serve this Order upon each entity and successor and Plaintiffs only will ensure that the Order is served.

5. Each entity or successor is hereby ordered to provide all such accounts, assets, or property to Plaintiffs upon service of this order and provide sworn proof of this transfer as set forth in Exhibit B.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota