UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | ) | Civil File No. 01-CV-639 JRT/RLE<br><br>**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF CASH** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that the April 23, 2001 Order for Attachment concerning the approximately $11,000 in cash secured by the Otter Tail County Treasurer, 121 West Junius, Fergus Falls, Minnesota 56537, and the approximately $10,000 in cash secured by the East Otter Tail Credit Union, P.O. Box F, New York Mills, Minnesota 56557, is vacated. The parties further stipulate that effective immediately upon the signing of the order, all legal right to the said cash shall be transferred to and become the property of Plaintiffs. The parties further stipulate that Otter Tail County Treasurer and the East Otter Tail County Credit Union said cash to Plaintiffs immediately upon service.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 30, 2002

DORSEY & WHITNEY LLP

By ______________________
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: January 30, 2002

GREENE ESPEL, P.L.L.P.

By ______________________
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. That the April 23, 2001 Order for Attachment concerning the approximately $11,000 in cash secured by the Otter Tail County Treasurer, 121 West Junius, Fergus Falls, Minnesota 56537 and the approximately $10,000 in cash secured by the East Otter Tail Credit Union, P.O. Box F, New York Mills, Minnesota 56557 is hereby vacated.

2. Effective immediately upon the signing of this Order, all legal right to the aforementioned cash shall be transferred to and become the property of Plaintiffs.

3. The Otter Tail County Treasurer and the East Otter Tail County Credit Union shall provide the said cash to Plaintiffs immediately upon service of this Order.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota