UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect
Subsidiary of Genmar Holdings, Inc.,
and
Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

vs.

Gary Duane Schultz,

Defendant.

Civil File No. 01-CV-639 JRT/RLE

**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF FUNDS IN TRUST ACCOUNT**

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that the $25,000 maintained in Defendant's client trust account at Peloquin & Minge, P.A., 15 N. Main, P.O. Box 277, New York Mills, MN 56567 is transferred to and becomes the property of Plaintiffs immediately upon the signing of this order. The parties further stipulate that upon service of this order that Peloquin & Minge, P.A., will provide a check in the amount of $25,000 from Defendant's client trust account to Plaintiffs within seven days.

FILED FEB 0 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Supplementary Order E**

Dated: January 30, 2002

DORSEY & WHITNEY LLP

By ______________________
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: January 30, 2002

GREENE ESPEL, P.L.L.P.

By ______________________
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. Immediately upon the signing of this order, legal right to the $25,000 maintained in Defendant's client trust account at Peloquin & Minge, P.A., 15 N. Main, P.O. Box 277, New York Mills, MN 56567, is transferred to and becomes the property of Plaintiffs .

2. Upon service of this order, Peloquin & Minge, P.A., shall provide a check to Plaintiffs in the amount of $25,000 from Defendant's client trust account within seven days of the service of this order.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota