UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br>and<br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil File No. 01-CV-639 JRT/RLE<br><br>**STIPULATION AND ORDER VACATING ORDER FOR ATTACHMENT AND DIRECTING TRANSFER OF COINS** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that all legal right to the coins in possession of New York Mills Police Department, New York Mills, Minnesota, consisting of fifty 1 oz. 1987 Canadian $50 gold coins, and one 1 oz. Wellington Trade Ounce Silver Coin, is transferred to and becomes the property of Plaintiffs immediately upon the signing of this order.

Plaintiffs further stipulate that all legal right to the coins in possession of the U.S. Attorney's Office, District of Minnesota consisting of an 1867 .50 cent piece, MS 62, BG-1018, 10847.62/9696699 and 1870 25 cent piece, is transferred to and becomes the property of Plaintiffs immediately upon the signing of this order.

The parties further stipulate that Plaintiffs will serve this order, and the New York Mills Police Department and the U.S. Attorney's Office, District of Minnesota will provide said coins to Plaintiffs when no longer needed for law enforcement purposes and as soon as is reasonably possible.

FILED FEB 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**Supplementary Order F**

Dated: January 30, 2002

DORSEY & WHITNEY LLP

By [signature]
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Dated: January 30, 2002

GREENE ESPEL, P.L.L.P.

By [signature]
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. That all legal right to the coins in possession of the New York Mills Police Department, New York Mills, Minnesota, consisting of fifty 1 oz. 1987 Canadian $50 gold coins, and one 1 oz. Wellington Trade Ounce Silver Coin, is transferred to and becomes the property of Plaintiffs immediately upon the signing of this order.

2. That all legal right to the coins in possession of the U.S. Attorney's Office, District of Minnesota consisting of an 1867 .50 cent piece, MS 62, BG-1018, 10847.62/9696699

and an 1870 25 cent piece, is transferred to and becomes the property of Plaintiffs immediately upon the signing of this order.

3. Plaintiffs will serve this order.

4. Upon service of this order, the New York Mills Police Department and the U.S. Attorney's Office, District of Minnesota shall provide said coins to Plaintiffs when said coins are no longer needed for law enforcement purposes and as soon as is reasonably possible.

Dated: 2-7-2002

John R. Tunheim
Judge of United States District Court
For the District of Minnesota