UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,
and
Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

vs.

Gary Duane Schultz,

Defendant.

Civil File No. 01-CV-639 JRT/RLE

**STIPULATION AND ORDER DIRECTING TRANSFER OF APARTMENT INVESTMENT**

**IT IS HEREBY STIPULATED** by and between Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., and Lund Boats, and Defendant Gary Duane Schultz, by and through their respective attorneys, that effective immediately upon the signing of the order, all legal right that Gary D. Schultz has in the Parkview Apartments, in whatever form, shall be transferred to and become the property of Plaintiffs.

Dated: ~~February~~ March 13, 2002

DORSEY & WHITNEY LLP

By: [signature]
Janice M. Symchych (#10811X)
Mitchell W. Granberg (#0285687)
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

Attorneys for Plaintiffs Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

FILED MAR 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ~~February~~ March 11, 2002

GREENE ESPEL, P.L.L.P.

By [signature]
Andrew M. Luger (#189261)
William P. Hefner (#258349)
333 South 7th Street, Suite 1700
Minneapolis, MN 55402

Attorneys for Defendant
Gary Duane Schultz

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. Effective immediately upon the signing of the order, all legal right that Gary D. Schultz has in the Parkview Apartments, in whatever form, shall be transferred to and become the property of Plaintiffs.

2. Other investors, partners, or owners of the Parkview Apartments shall render all reasonable assistance in the transfer of this property to Plaintiffs.

Dated: March 19, 2002

[signature]
John R. Tunheim
Judge of United States District Court
For the District of Minnesota