**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

GENMAR HOLDINGS, INC., et al.

Plaintiffs,

v.

GARY DUANE SCHULTZ,

Defendant.

Civil No. 01-639 (JRT/RLE)

**ORDER**

---

James J. Long and Kevin M. Magnuson, BRIGGS & MORGAN, 80 South Eight Street, Ste 2400, Minneapolis, MN 55402, for plaintiff.

Gary Duane Schultz, Inmate Reg. 10535-041, P.O. Box 1400, 6902 Airport Road, Duluth, MN 55814, defendant.

Barbara Schultz, 43178 County Highway 137, New York Mills, MN 56567, for defendant.

On February 26, 2003, plaintiffs filed a motion to enforce the settlement agreement. The parties have not successfully settled this case. Therefore, defendant has until August 25, 2001 to file papers in response to the plaintiffs' motion. If a response is not received by August 25, 2003 the Court will enter an Order enforcing the settlement agreement.

DATED: August 5, 2003
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

AUG - 5 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK