UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Genmar Holding, Inc., Genmar Industries, Inc. an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc.

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Case File No. 01-CV-639 (JRT/RLE)

**ORDER ENFORCING SETTLEMENT AGREEMENT**

---

This matter comes before the Court upon Plaintiffs' Motion to Enforce the Settlement Agreement, through which Plaintiffs seek to enforce full compliance with paragraph II.C.4.d of the Settlement Agreement between the parties. The Settlement Agreement was entered into on January 10, 2002. This Court retained jurisdiction to enforce it in an Order dated January 22, 2002.

**Therefore,** based upon the files, records, pleadings and proceedings herein, and the arguments of counsel,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion is GRANTED.

2. Defendant is ordered to deliver an executed warranty deed in the form of Exhibit A to this Order to Plaintiffs' counsel within five (5) business days of entry of this Order.

FILED AUG 2 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED AUG 2 9 2003
DEPUTY CLERK'S INTIALS

3. Defendant is ordered to pay the attorneys fees and costs of bringing this Motion.

Let Judgment Be Entered Accordingly.

Dated: August 28, 2003

John R. Tunheim

The Hon. John R. Tunheim
United States District Judge

MD WARRANTY DEED Form No. 3-M Miller-Davis Legal Forms Minnesota Uniform Conveyancing Blanks (1978)

No delinquent taxes and transfer entered; Certificate of Real Estate Value ( ) filed ( ) not required
Certificate of Real Estate Value No.__________

____________________
(Date)

____________________ County Auditor

by ____________________ Deputy

(reserved for recording data)

DEED TAX DUE HEREON: $ 1.65

Date: March ___, 2003

FOR VALUABLE CONSIDERATION, **Barbara A. Schultz** and **Gary D. Schultz**, wife and husband, and **Tammy Peters** and ___________ **Peters**, wife and husband, Grantors, hereby convey and warrant to **Genmar Industries, Inc.**, a Delaware corporation, Grantee, real property in Otter Tail County, Minnesota, described as follows:

The W ½ of SW ¼ and the W ½ of NW ¼, all in Section 8, Township 136, Range 37, Otter Tail County, Minnesota,

together with all hereditaments and appurtenances belonging thereto.

Consideration for this conveyance is less than $500.00

Grantors certify that Grantors do not know of any wells on the described real property.

*Affix Deed Tax Stamp Here*

____________________
Barbara A. Schultz

____________________
Gary D. Schultz

STATE OF MINNESOTA
}SS.
COUNTY OF __________

The foregoing instrument was acknowledged before me this ____ day of March, 2003, by Barbara A. Schultz and Gary D. Schultz, wife and husband, Grantors.

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

____________________
SIGNATURE OF PERSON TAKING ACKNOWLEDGEMENT

_______________________________
Tammy Peters

_______________________________
__________ Peters

STATE OF MINNESOTA
}SS.
COUNTY OF ____________

The foregoing instrument was acknowledged before me this ____ day of March, 2003, by Tammy Peters and __________ Peters, wife and husband, Grantors.

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

_______________________________
SIGNATURE OF PERSON TAKING ACKNOWLEDGEMENT

Check here if part or all of the land is Registered (Torrens) ☐

Tax Statements for the real property described in this instrument should be sent to (Include Name and address of Grantee)

Genmar Industries, Inc.
2900 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS)

Lindquist & Vennum P.L.L.P. (LLK)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211