UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Genmar Holdings, Inc., et al.,

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Case File No. 01-CV-639 (JRT/RLE)

**PARTIAL SATISFACTION OF THE CONFESSION OF JUDGMENT**

---

As of this date, Genmar Holdings, Inc., and Genmar Industries, Inc. ("Plaintiffs') hereby acknowledge and confirm that the $13,501,249.15 judgment amount that Gary Duane Schultz ("Schultz") agreed to pay to the Plaintiffs under the Confession of Judgment, dated January 30, 2002, and the Settlement Agreement, dated January 10, 2002, has been partially satisfied by certain proceeds recovered as provided under the Agreement, less transfer costs, such that the balance remaining owed by Gary Duane Schultz to the Plaintiffs is $11,697,684.95, which remains unsatisfied.

Attached hereto as Exhibit A is a true and correct copy of the itemization of the payments to Genmar or the value of transferred assets. Attached hereto as Exhibit B is a true and correct copy of the Confession of judgment.

DATED: June 17, 2004

**GENMAR HOLDINGS, INC.**

**By** [signature]

**Its** VP-Litigation

**GENMAR INDUSTRIES, INC.**

**By** [signature]

**Its** VP-Litigation