GENMAR HOLDINGS, INC.

# SCHULTZ RECOVERY ANALYSIS

AS OF JUNE 17, 2004

| Category | Asset | Date | Amount |
|---|---|---|---|
| Other | Cash recovery (Steve Peloquin's) | 2/22/2002 | $ 25,000.00 |
| Other | Cash recovery - Otter Tail County Credit Union | 2/25/2002 | 31.12 |
| Other | Cash recovery - Otter Tail County Credit Union | 2/25/2002 | 10,970.00 |
| Bank account | Dain Rauscher | 2/26/2002 | 4,152.85 |
| Investment account | Investment income | 3/5/2002 | 74,552.28 |
| Other | Cash recovery - Otter Tail County Attorney | 3/13/2002 | 11,004.54 |
| Vehicles, Boats, & Rec Vehicles | Auction of seized assets | 3/27/2002 | 110,383.81 |
| Investment account | Buckman, Buckman & Reid | 4/9/2002 | 1.35 |
| Investment account | Bear Stearns & Co. | 4/11/2002 | 4,540.77 |
| Investment account | Raymond James | 4/16/2002 | 5,476.25 |
| Investment account | FISERV | 4/19/2002 | 2,600.79 |
| Investment account | Piper Jaffray (city bonds) | 4/26/2002 | 593,080.18 |
| Investment account | Van Eck Global | 5/6/2002 | 3,773.49 |
| Investment account | Bluestone Cap acct - LHQ-075538 | 5/14/2002 | 6,922.88 |
| Investment account | Piper Jaffray | 5/24/2002 | 53,000.00 |
| Real property | Agricultural land | 6/3/2002 | 63,600.00 |
| Real property | Agricultural land | 6/3/2002 | 55,522.77 |
| Real property | Agricultural land | 6/3/2002 | 103,268.37 |
| Real property | 30 acres | 6/19/2002 | 19,796.38 |
| Bank account | USBank | 9/13/2002 | 60.17 |
| Real property | Sale of embroidery studio | 11/14/2002 | 166,097.28 |
| Real property | Parkview Apartments | 10/23/2002 | 23,500.00 |
| | | | $ 1,337,335.28 |

**EXHIBIT A**

GENMAR HOLDINGS, INC.

# SCHULTZ RECOVERY ANALYSIS

AS OF JUNE 17, 2004

| Category | Asset | Date | Amount |
|---|---|---|---|
| Real property | 57.5 acres | 3/5/2003 | 73,607.67 |
| Real property | Cabin & land | 3/5/2003 | 230,250.20 |
| Restitution | Cash recovery - US District Court | 11/13/2003 | 9,268.02 |
| Restitution | Cash recovery - US District Court | 12/2/2003 | 50.00 |
| | | | $ 313,175.89 |

GENMAR HOLDINGS, INC.

# SCHULTZ RECOVERY ANALYSIS

AS OF JUNE 17, 2004

| Category | Asset | Date | Amount |
|---|---|---|---|
| Restitution - 401(k) | Cash recovery - US District Court | 1/8/2004 | 130,800.10 |
| Restitution | Cash recovery - US District Court | 2/5/2004 | 25.00 |
| Restitution | Cash recovery - US District Court | 3/9/2004 | 25.00 |
| Restitution | Cash recovery - US District Court | 4/7/2004 | 25.00 |
| Investment account | Cash recovery - Wexford Clearing Services,LLC (Briggs & M | 4/21/2004 | 22,152.93 |
| Restitution | Cash recovery - US District Court | 5/12/2004 | 25.00 |
| | | | $ 153,053.03 |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Genmar Holdings, Inc., Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc., and Lund Boats, a Division of Genmar Industries, Inc., Plaintiffs, vs. Gary Duane Schultz, Defendant. | Civil File No. 01-CV-639 JRT/RLE **CONFESSION OF JUDGMENT** |

---

Pursuant to Minn. Stat. § 548.22 and Federal Rules of Civil Procedure 54, 58(a), and 69(a), Defendant Gary Duane Schultz ("Schultz") hereby executes this Confession of Judgment and confesses and agrees as follows:

1. Schultz confesses to judgment in this matter in favor of Plaintiffs in the amount of $13,501,249.15.

2. On or about January 10, 2002, Plaintiffs entered into a Settlement Agreement ("Agreement") with Schultz, wherein Plaintiffs covenanted and agreed that the full payment by Schultz under the terms of the Agreement will constitute full and complete satisfaction of all obligations owed by Schultz to Plaintiffs.

3. Schultz agrees to the enforcement of this Confession of Judgment pursuant to the Agreement, and in lieu of Federal Rule of Civil Procedure 69(a).

4. Schultz agrees that Plaintiffs may pursue enforcement procedures of Federal Rule of Civil Procedure 69(a) upon Plaintiffs' motion and notice of motion in the event that Schultz

**EXHIBIT B**

fails to abide by payment terms as required by the Agreement. Schultz agrees that he shall be liable for the attorneys fees in enforcing the Confession of Judgment.

5. The Plaintiffs agree that if they enforce this Confession of Judgment pursuant to Federal Rules of Civil Procedure 69(a), they will, if called upon by Schultz, cause to be delivered releases, quit claim deeds, or other documents appropriate to ensure that property of Schultz fairly disclosed at the time of the Agreement or acquired after the date of the Agreement either in exchange for assets that were disclosed at the time of the Agreement or in exchange for new value, such as services rendered after the date of the Agreement, will be exempt from judgment.

6. Plaintiffs agree to amend the Confession of Judgment to reflect any downward adjustment in the total amount of wrongfully and fraudulently converted and embezzled monies revealed through documents uncovered or revealed after the execution of this Agreement that show repayments made to Plaintiffs by Schultz.

7. This Confession of Judgment is governed by and subject to the Agreement, and shall be interpreted and construed according to its terms. Nothing in this Confession of Judgment shall prevent either party from enforcing the terms of the Agreement.

Dated: 1-26-02

[signature]
**Gary Duane Schultz**

Dated: 1-30-02

**GENMAR HOLDINGS, INC.**

By [signature]

Its Sr VP

Dated: 1-30-02

**GENMAR INDUSTRIES, INC.**

By Mary P M

Its VP

Dated: 1-30-02

**LUND BOATS**

By Mary P M

Its VP

## REAL PROPERTY AND ALL IMPROVEMENTS THEREON

| Type | Tax I.D. Number | Owner | Value | Property transferred to Plaintiffs or retained by Schultz |
|---|---|---|---|---|
| 40 acres total; 10 acres are partially homesteaded land retained pursuant to Minn. Stat. § 510.02, otherwise the remaining 30 acres of agricultural land are transferred to Plaintiffs. | R52000230158000 | Gary and Barbara Schultz | $11,800.00 | 40 acres total; Eastern 10 acres retained by Schultz pursuant to Homestead Exemption, Minn. Stat. § 510.02; the remaining 30 acres will be transferred to Plaintiffs. |
| Homestead residence and adjoining property, the entirety of which is homesteaded and retained pursuant to Minn. Stat. § 510.02 | R52000230156001 | Gary and Barbara Schultz | $144,800.00 | Retained pursuant to Homestead Exemption, Minn. Stat. § 510.02. |
| 120 acres total; 62.5 acres are partially homesteaded land retained pursuant to Minn. Stat. § 510.02, otherwise the remaining 57.5 acres of agricultural land are transferred to Plaintiffs. This parcel is subject to CRP. | R52000230168000 | Gary and Barbara Schultz | $59,800.00 | 120 acres total; Northeastern 62.5 acres retained by Schultz pursuant to Homestead Exemption, Minn. Stat. § 510.02; the remaining 57.5 acres will be transferred to Plaintiffs. |
| Agricultural land, subject to CRP | R52000240179000 | Gary and Barbara Schultz | $79,300.00 | Transferred |
| Cabin and land | R52000990397000 | Gary and Barbara | $116,200.00 | Transferred |

| | | | | |
|---|---|---|---|---|
| | | Schultz | | |
| Cabin and land | R52000990398000 | Gary and Barbara Schultz | $14,400.00 | Transferred |
| Land inherited by Schultz and brother (joint tenancy) | R53000110065000 | Gary Schultz and brother | $14,200.00 (value of total parcel) | Retained |
| Land owned by Barbara and sisters | R33000080047000 | Gary and Barbara Schultz | $102,400.00 | Retained, but Barbara shall sell her share of Parcel No. R33000080047000 within 120 days of the execution of this Agreement, $65,000 of which shall be transferred to the Plaintiffs. |
| Land on which Embroidery Studio and Fine Grind are located and buildings or structures located thereon | R73000080028002 | Gary and Barbara Schultz | $205,800.00 | Transferred pursuant to II.C.4.e. |
| Homesteaded land retained pursuant to Minn. Stat. § 510.02 | R52000230156004 | Gary and Barbara Schultz | $3,800.00 | Retained pursuant to Homestead Exemption, Minn. Stat. § 510.02 |
| Cabin and land | R52000090041009 | Gary and Barbara Schultz | $500.00 | Transferred |
| Agricultural land, subject to CRP | R52000230155001 | Gary and Barbara Schultz | $73,100.00 | Transferred |
| Building (Chameleon Colors) and land | R73000990528000 | Gary and Barbara Schultz | $121,200.00 (Subject to loan in the amount of $133,819.75 with Farmers and Merchants State Bank of New York | Transferred pursuant to II.C.4.c. |