UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

Genmar Holding, Inc., et al.

Plaintiffs,

v.

Gary Duane Schultz,

Defendants.

Case File No. 01-CV-639 (JRT/RLE)

**MOTION FOR CONTEMPT AND FOR SANCTIONS**

**Oral Argument Not Requested**

---

Pursuant to Federal Rule of Civil Procedure 70, Plaintiffs move the Court for an order divesting title from Barbara Schultz and Gary Schultz and vesting title in Genmar Holding, Inc. of Parcel No. R33000080047000 as referenced in the Settlement Agreement between the Parties to this action.

This Motion is based upon all of the files and proceedings herein and the memorandum of law and affidavits of James J. Long and Kevin M. Magnuson submitted in supported of the Motion.

Dated: June 17, 2004

BRIGGS AND MORGAN, P.A.

By s/ Kevin M. Magnuson

Kevin M. Magnuson (#306599)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 334-8400
Facsimile: (612) 334-8650

**ATTORNEYS FOR PLAINTIFFS**