**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2004, I caused the following documents:

1. MOTION FOR CONTEMPT AND FOR SANCTIONS;
2. MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AND FOR SANCTIONS;
3. AFFIDAVIT OF JAMES J. LONG; and
4. AFFIDAVIT OF KEVIN M. MAGNUSON.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **William Patrick Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Andrew Luger**
  aluger@gr-espel.com amertz@gr-espel.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Brenda Velde
VELDE LAW FIRM, LTD.
1118 Broadway
Alexandra, MN 56308

Dated: June 17, 2004

______________________________
Kevin M. Magnuson (#306599)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8438