UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,

and

Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Civil Case No. 01-CV-639 JRT/RLE

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Federal Rule of Civil Procedure 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the law firm of Greene Espel, P.L.L.P. hereby moves the Court for leave to withdraw as counsel for Defendant Gary Duane Schultz in the above-captioned matter.

The foregoing motion is based upon the Application for Withdrawal of William P. Hefner and upon all the files, records and proceedings herein.

Dated: July 20, 2004

**GREENE ESPEL, P.L.L.P.**

By: s/ William P. Hefner

Andrew M. Luger, Reg. No. 189261
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830