UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,

and

Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Civil Case No. 01-CV-639 JRT/RLE

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that on August 5, 2004, at 2:30 p.m. before Magistrate Judge Raymond L. Erickson, or as soon thereafter as counsel may be heard, upon the accompanying Motion for Leave to Withdraw as Counsel, Application to Withdraw as Counsel of Record, and the exhibits attached thereto, Andrew M. Luger and William P. Hefner of the law firm of Greene Espel, P.L.L.P., currently listed as counsel of record for Defendant Gary Duane Schultz, will move this Court for an Order, pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, allowing them to withdraw as counsel for Defendant Gary Duane Schultz.

Dated: July 20, 2004

**GREENE ESPEL, P.L.L.P.**

By: s/ William P. Hefner
Andrew M. Luger, Reg. No. 189261
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830