UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Genmar Holdings, Inc.,<br>Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,<br><br>and<br><br>Lund Boats,<br>a Division of Genmar Industries, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Gary Duane Schultz,<br><br>Defendant. | Civil Case No. 01-CV-639 JRT/RLE<br><br>**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD** |

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court that Andrew M. Luger and William P. Hefner of the law firm of Greene Espel, P.L.L.P., currently listed as counsel of record for Defendant Gary Duane Schultz, be allowed to withdraw as counsel for Defendant Gary Duane Schultz in this case for the following reasons:

1. Greene Espel, P.L.L.P. ("Greene Espel") represented Defendant Gary Duane Schultz in settling the claims brought against him by Plaintiffs in the above-entitled matter. The Court entered judgment on the agreement between the parties on January 22, 2002.

2. On or about December 5, 2002, following Mr. Schultz's sentencing in the criminal matter, the relationship between Greene Espel and Mr. Schultz was terminated by mutual consent and confirmed in an attorney-client privileged communication from Greene Espel to Mr. Schultz. Opposing counsel Jeffrey Keyes was also informed that Greene Espel no longer represented Mr. Schultz in a letter dated January 15, 2003. Because of the privileged nature of the December 5,

2002, communication, a copy of that letter is not attached to this Application. A copy of the letter to Mr. Keyes, however, is attached to this Application as Exhibit A.

3. At the time the above relationship was terminated, Mr. Schultz had been unable to pay Greene Espel for its services to him for quite some time. To this day, Mr. Schultz has yet to pay the significant amount he owes to Greene Espel.

4. Greene Espel has not represented Mr. Schultz since the completion of an appeal regarding his sentencing, which was denied on or about July 17, 2003. Greene Espel has had no further contact with Mr. Schultz since that time.

5. Based on the pleadings submitted by Plaintiffs with regarding to their Motion for Contempt and Sanctions dated June 17, 1004, it appears that Mr. Schultz and his wife, Barbara, may now be receiving assistance in this matter from other legal counsel.

6. As required by D. Minn. LR 83.7(c), Mr. Schultz and his wife, Barbara, have been notified via Priority Mail/Delivery Confirmation™ of this Motion and their right to appear at the hearing on the Motion. A copy of the letter informing them of the hearing dated July 20, 2004, is attached to this Application as Exhibit B.

7. Greene Espel respectfully requests that, for the above reasons, it be allowed to withdraw as counsel for Mr. Schultz. Greene Espel further requests the Court's permission to appear via telephone or teleconference at the hearing on this Motion, currently scheduled for August 5, 2004, at 2:30 p.m.

Dated: July 20, 2004

**GREENE ESPEL, P.L.L.P.**

By: s/ William P. Hefner

Andrew M. Luger, Reg. No. 189261
William P. Hefner, Reg. No. 258349
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
(612) 373-0830