GREENE ESPEL
ATTORNEYS & COUNSELORS
ANDREW M. LUGER
DIRECT DIAL NO. (612) 373-8348
aluger@gr-espel.com

January 15, 2003

Jeffrey J. Keyes
Briggs and Morgan, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

**Re: Gary Schultz**

Dear Mr. Keyes:

This is to notify you that I no longer represent Gary Schultz. Please forward the mail for the Embroidery Studio, Sport Locker and Fine Grind to:

Barbara Schultz
43178 County Highway 137
New York Mills, MN 56567

Very truly yours,

Andrew M. Luger

AML/am
cc: Candace M. Knutson, Paralegal
Gary Schultz
Barbara Schultz

EXHIBIT
A
tabbies

GREENE ESPEL

ATTORNEYS & COUNSELORS

WILLIAM P. HEFNER
DIRECT DIAL NO. (612) 373-8353
WHEFNER@GR-ESPEL.COM

July 20, 2004

***VIA PRIORITY MAIL/***
***DELIVERY CONFIRMATION™***

Gary Duane Schultz
Registration #10535-041
Duluth FPC
P.O. Box 1400
6902 Airport Road
Duluth, MN 55814

Barbara Schultz
43178 Co. Highway 137
New York Mills, MN 56567

Re: *Genmar Holdings, Inc., et al v. Gary Duane Schultz*
Civil Case No. 01-CV-639 JRT/RLE

Dear Mr. and Mrs. Schultz:

I am writing to inform you both of a motion that Greene Espel will be bringing before the Federal Court to withdraw formally as your attorneys in the above-named civil lawsuit.

Recall that following Gary's sentencing in the criminal matter, you and we determined that through an exchange of correspondence and other communication in December 2002 that Greene Espel would no longer continue to represent Gary in either the civil or the criminal actions. I have enclosed a copy of a letter from Andrew Luger dated December 5, 2002, that memorialized this agreement. We now intend to move the Court to allow us to withdraw formally as your attorneys on this file.

The withdrawal hearing is currently scheduled before the Honorable Raymond L. Erickson on August 5, 2004 at 2:30 p.m. at the United States District Court, Federal Building, Courtroom 3, 515 West First Street, Duluth, Minnesota. I have enclosed a copy of the pleadings that we will file with the Court later this week. As you will see, we are asking the Court for permission to appear either via teleconference or telephone for this hearing. If you wish to participate in the hearing but cannot or prefer not to attend in person, I would suggest that you contact Judge Erickson's clerk at (218) 529-3520 to see if you may appear via alternative means.

EXHIBIT B

Please contact me if you have any questions.

Very truly yours,

William P. Hefner

WPH/jk
Enclosures
cc: Andrew M. Luger *(with enclosures)*