**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on July 20, 2004, I caused the following documents:

**Motion for Leave to Withdraw as Counsel;**
**Notice of Motion for Leave to Withdraw as Counsel; and**
**Application to Withdraw as Counsel of Record, with exhibits**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **William Patrick Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Andrew Luger**
  aluger@gr-espel.com amertz@gr-espel.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by First Class Mail and Priority Mail/Delivery Confirmation™, postage paid, to the following non-ECF participants:

**Brenda Veld** **(VIA FIRST CLASS MAIL)**
VELDE LAW FIRM, LTD.
118 Broadway
Alexandra, MN 56308

**Gary Duane Schultz** **(VIA PRIORITY MAIL/DELIVERY CONFIRMATION™)**
Registration #10535-041
Duluth FPC
P.O. Box 1400
6902 Airport Road
Duluth, MN 55814

**Barbara Schultz** **(VIA PRIORITY MAIL/DELIVERY CONFIRMATION™)**
43178 Co. Highway 137
New York Mills, MN 56567

I further certify that I caused one copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the Magistrate Judge as listed below:

**Victoria Miller, Judicial Assistant to Magistrate Judge Raymond L. Erickson**
United States District Court
Federal Building, Room 412
515 West First Street
Duluth, MN 55802-1397

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**The Honorable Raymond L. Erickson**
raymondericksonchambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by First Class Mail and Priority Mail/Delivery Confirmation™, postage paid, as noted below, to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

**Brenda Veld** **(VIA FIRST CLASS MAIL)**
VELDE LAW FIRM, LTD.
118 Broadway
Alexandra, MN 56308

**Gary Duane Schultz** **(VIA PRIORITY MAIL/DELIVERY CONFIRMATION™)**
Registration #10535-041
Duluth FPC
P.O. Box 1400
6902 Airport Road
Duluth, MN 55814

**Barbara Schultz** **(VIA PRIORITY MAIL/DELIVERY CONFIRMATION™)**
43178 Co. Highway 137
New York Mills, MN 56567

Dated: July 20, 2004

**s/ William P. Hefner**
William P. Hefner