WILLIAM P. HEFNER
DIRECT DIAL NO. (612) 373-8353
WHEFNER@GR-ESPEL.COM

August 4, 2004

***VIA ECF FILING AND EMAIL***
[raymonderickson_chambers@mnd.uscourts.gov]

The Honorable Raymond L. Erickson
United States District Court
Federal Building, Room 412
515 West First Street
Duluth, MN 55802-1397

Re: *Genmar Holdings, Inc., et al v. Gary Duane Schultz*
Civil Case No. 01-CV-639 JRT/RLE
Our File No.: 2473.0001

Dear Judge Erickson:

Please accept this letter as our Notice of Withdrawal of our Motion for Leave to Withdraw as Counsel that was initially scheduled to be heard before you on August 5, 2004, at 2:30 p.m. By copy of this letter, all parties have been served as referenced on the attached Certificate of Service.

If you have any questions, please let me know.

Respectfully submitted,

**s/ William P. Hefner**

William P. Hefner

WPH/jk
Enclosure
cc: All ECF Parties (VIA EMAIL THROUGH ECF NOTICING)
Brenda Veld (VIA FIRST CLASS MAIL)
Gary Duane Schultz (VIA FIRST CLASS MAIL)
Barbara Schultz (VIA FIRST CLASS MAIL)