**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2004, I caused the following documents:

**LETTER OF WITHDRAWAL OF MOTION FOR LEAVE**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **William Patrick Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Andrew Luger**
  aluger@gr-espel.com amertz@gr-espel.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com,cknutson@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

I also certify that I provided Judge Erickson with a courtesy copy of the foregoing via email at raymonderickson_chambers@mnd.uscourts.gov.

I further certify that I caused a copy of the foregoing letter and the notice of electronic filing to be fax/mailed by First Class Mail, postage paid, to the following non-ECF participants:

**Brenda Veld** **(VIA FIRST CLASS MAIL)**
VELDE LAW FIRM, LTD.
118 Broadway
Alexandra, MN 56308

**Gary Duane Schultz** **(VIA FIRST CLASS MAIL)**
Registration #10535-041
Duluth FPC
P.O. Box 1400, 6902 Airport Road
Duluth, MN 55814

**Barbara Schultz** **(VIA FIRST CLASS MAIL)**
43178 Co. Highway 137
New York Mills, MN 56567

Dated: August 4, 2004

**s/ William P. Hefner**
William P. Hefner