WILLIAM P. HEFNER
DIRECT DIAL NO. (612) 373-8353
WHEFNER@GR-ESPEL.COM

November 17, 2004

***VIA ECF FILING***

Clerk of Court
United States District Court
471 Federal Building
515 West First Street
Duluth, MN 55802-1397

Re: *Genmar Holdings, Inc., et al v. Gary Duane Schultz*
Civil Case No. 01-CV-639 JRT/RLE
Our File No.: 2473.0001

Dear Sir/Madam:

Enclosed for filing is the Affidavit of Barbara Schultz and accompanying exhibits. These documents together constitute Defendants' Response to Plaintiff Genmar Holdings, Inc., et al.'s Motion for Contempt and for Sanctions.

Defendants respectfully suggest that an informal meeting in chambers between the Court, the parties and their legal counsel be considered as the next step in attempting to resolve the issues surrounding Plaintiffs' Motion. Defendants will, of course, defer to the Court's decision as to how best to proceed further.

Respectfully submitted,

**s/ William P. Hefner**

William P. Hefner

WPH/jk
Enclosures
cc: All ECF Parties (THROUGH ECF NOTICING)
Gary Duane Schultz (VIA FIRST CLASS MAIL w/enclosures)
Barbara Schultz (VIA FIRST CLASS MAIL w/enclosures)
Andrew M. Luger