UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Genmar Holdings, Inc.,
Genmar Industries, Inc., an Indirect Subsidiary of Genmar Holdings, Inc.,

and

Lund Boats,
a Division of Genmar Industries, Inc.,

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Civil Case No. 01-CV-639 JRT/RLE

**INDEX OF EXHIBITS TO AFFIDAVIT OF BARBARA SCHULTZ**

Exhibit A: Notice of Entry and Statement of Judgment dated October 25, 2002

Exhibit B: Letter from C.J. (Kip) Browne, President of Wadena State Bank, to Mr. and Mrs. Gary Peters dated August 25, 2003; and

Exhibit C: Letter from Brenda Velde to Kevin M. Magnuson dated June 29, 2004, together with the enclosed warranty deed.

STATE OF MINNESOTA DISTRICT COURT

COUNTY OF OTTER TAIL SEVENTH JUDICIAL DISTRICT

NOTICE OF ENTRY AND STATEMENT OF JUDGMENT

Case No. 56-C0-02-001981

**CIT GROUP/EQUIPMENT FINANCING, INC.**
**vs.**
**BARBARA SCHULTZ et al, AND GARY SCHULTZ**

CREDITOR
**CIT GROUP/EQUIPMENT FINANCING, INC.**
**%AMY JOY SWEDBERG**
**MASLON EDELMAN BORMAN & BRAND**
**90 S 7TH STREET, STE 3300**
**MINNEAPOLIS, MN 55402**

DEBTOR
**BARBARA SCHULTZ**
**SPORT LOCKER EMBROIDERY STUDIO**
**GARY SCHULTZ**

The Summons and Complaint in this action, having been duly served on the Defendants **BARBARA SCHULTZ**
**SPORT LOCKER EMBROIDERY STUDIO**
**GARY SCHULTZ**

and more than twenty days have elapsed and no copy of an answer or appearance to the complaint has been served upon Plaintiff's Attorney, as required by the Summons.

Now, on motion of **AMY JOY SWEDBERG**

IT IS HEREBY ADJUDGED that the Plaintiffs recover of the Defendants
**BARBARA SCHULTZ**
**SPORT LOCKER EMBROIDERY STUDIO**
**GARY SCHULTZ**

the amount of **$ 111,906.90**, said amount to include prejudgment interest and costs and disbursements.

---

NOTICE OF ENTRY OF JUDGMENT
You are hereby notified, that a Judgment in the above entitled cause was entered on **October 25, 2002** in the office of the Court Administrator of the above court and was docketed on **October 25, 2002 at 11:38 a.m.**

Dated: **October 25, 2002**

**Kathryn A. Ouren**
**Court Administrator**

By ______________ Deputy

RECEIVED 8/24/04

EXHIBIT A

Wadena State Bank
304 1st Street SE PO Box 191
Wadena, MN 56482
Phone (218) 631-1860 Fax (218) 631-2319

DEER CREEK OFFICE
PO Box 276
Deer Creek, MN 56527
Phone (218) 462-2155
Fax (218) 462-2160

BLUFFTON OFFICE
Bluffton, MN 56518
Phone (218) 385-2250
Fax (218) 385-5603

August 25, 2003

Mr. & Mrs. Gary Peters
62917 Leaf River Rd.
Wadena, MN 56482

RE: W1/2 of W1/2 Section 8 Township 136N Range 37 West Otter Tail County (Homestead Township), Minnesota.

Dear Mr. & Mrs. Peters:

We hereby agree to loan you up to $65,000 plus the closing costs secured by a first real estate mortgage on the above referred property. Our commitment is subject to a satisfactory title opinion and appraisal.

Sincerely,

C.J.(Kip) Browne
President

CJB:tf



EXHIBIT
B

MINGE PA PHONE NO. : 218 3469017 SEP. 10 2004 8:05AM P 2
16:21 FAX 1 320 763 6564 VELDE LAW FIRM 002

# Velde Law Firm, Ltd.

Attorneys At Law

David G. Velde
Brenda Velde
Logan Moore
Jennifer B. Klecker
Nan I. Haggerty

1118 Broadway
Alexandria, Minnesota 56308
veldebv@rea-alp.com

Fax (320) 763-6564
Telephone (320) 763-6561

June 29, 2004

Mr. Kevin M. Magnuson, Esq.
Briggs & Morgan
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157

RE: Barbara Schultz

Dear Mr. Magnuson:

Enclosed please find an original warranty deed which was drafted by the attorneys for Genmar and which has been executed by Barbara Schultz in the presence of a notary public. I do not represent Barbara on this matter and will not be making an appearance on your latest motion.

Sincerely,

Brenda Velde

Enclosure

cc: The Honorable John R. Tunheim (w/enc.)
Barbara Schultz (w/enc.)

W:\2003\03-040\ltr1.wpd

EXHIBIT
C

MD WARRANTY DEED Form No. 3-M Miller-Davis Legal Forms Minnesota Uniform Conveyancing Blanks (1978)

No delinquent taxes and transfer entered; Certificate of Real Estate Value ( ) filed ( ) not required
Certificate of Real Estate Value No. ____

(Date)

County Auditor

by ____ Deputy

(reserved for recording data)

DEED TAX DUE HEREON: $ 1.65

Date: March ___, 2003

FOR VALUABLE CONSIDERATION, Barbara A. Schultz and Gary D. Schultz, wife and husband, and Tammy Peters and ____________ Peters, wife and husband, Grantors, hereby convey and warrant to Gemmar Industries, Inc., a Delaware corporation, Grantee, real property in Otter Tail County, Minnesota, described as follows:

The W ½ of SW ¼ and the W ½ of NW ¼, all in Section 8, Township 136, Range 37, Otter Tail County, Minnesota,

together with all hereditaments and appurtenances belonging thereto.

Consideration for this conveyance is less than $500.00

Grantors certify that Grantors do not know of any wells on the described real property.

*Affix Deed Tax Stamp Here*

Barbara A. Schultz
Barbara A. Schultz

Gary D. Schultz

STATE OF MINNESOTA
COUNTY OF Otter Tail } SS.

The foregoing instrument was acknowledged before me this 24 day of ~~March, 2003~~ June, 2004, by Barbara A. Schultz and Gary D. Schultz, wife and husband, Grantors.

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

LORI L. ATHMANN
NOTARY PUBLIC—MINNESOTA
My Commission Expires JAN. 31, 2005

SIGNATURE OF PERSON TAKING ACKNOWLEDGMENT