**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2004, I caused the following documents:

**LETTER FILING DEFENDANTS' RESPONSE TO PLAINTIFF GENMAR HOLDINGS, INC., ET AL.'S MOTION FOR CONTEMPT AND FOR SANCTIONS; AND**

**AFFIDAVIT OF BARBARA SCHULTZ WITH ACCOMPANYING EXHIBITS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **William Patrick Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com cknutson@briggs.com
- **Andrew Luger**
  aluger@gr-espel.com amertz@gr-espel.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com cknutson@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

I further certify that I caused a copy of the foregoing letter and the notice of electronic filing to be mailed by First Class Mail, postage paid, to the following non-ECF participants:

**Gary Duane Schultz** **(VIA FIRST CLASS MAIL)**
Registration #10535-041
Duluth FPC
P.O. Box 1400, 6902 Airport Road
Duluth, MN 55814

**Barbara Schultz** **(VIA FIRST CLASS MAIL)**
43178 Co. Highway 137
New York Mills, MN 56567

Dated: November 17, 2004

s / William P. Hefner
William P. Hefner, Reg. No. 258349