# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| GENMAR HOLDINGS, GENMAR INDUSTRIES, INC., AND LUND BOATS, Plaintiff, | ) | **COURT MINUTES** BEFORE: John R. Tunheim U.S. District Judge |
| v. | ) | |
| GARY DUANE SCHULTZ, Defendant. | ) | |

| | |
|---|---|
| Case No: | 01-639 (JRT/RLE) |
| Date: | January 27, 2005 |
| Deputy: | Sarah E. Bagwell |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 5:12 p.m. |
| Time Concluded: | 5:40 p.m. |
| Time in Court: | 28 Minutes |

Hearing on Plaintiff's Motion for Contempt and for Sanctions.

## APPEARANCES:

Plaintiff: Kevin M. Magnuson
Defendant: Andrew M. Luger

**IT IS ORDERED:**

Written order forthcoming.

s/Sarah E. Bagwell
Calendar Clerk