UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Genmar Holdings, Inc., et al.,

Plaintiffs,

v.

Gary Duane Schultz,

Defendant.

Case File No. 01-CV-639 (JRT/RLE)

**PLAINTIFFS' NOTICE WITHDRAWING ITS MOTION FOR CONTEMPT AND SANCTIONS**

**WHEREAS**, Defendants Gary and Barbara Schultz have complied with the Court's Order of January 27, 2005 to tender to Plaintiffs Genmar Holdings, Inc. and Genmar Industries, Inc. a fully executed warranty deed pursuant to paragraph II.C.4.d of the Settlement Agreement between the parties;

**WHEREAS**, the ground for Plaintiffs' motion for contempt and sanctions is no longer present;

**THEREFORE**, Plaintiffs hereby withdraw their Motion for Contempt and Sanctions in seeking to enforce paragraph II.C.4.d of the Settlement Agreement.

Dated: March 3, 2005

BRIGGS AND MORGAN, P.A.

By s/ Kevin M. Magnuson

Kevin M. Magnuson (#306599)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
Facsimile: (612) 977-8650
**ATTORNEYS FOR PLAINTIFFS**