**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2005, I caused the following document(s):

**PLAINTIFFS' NOTICE WITHDRAWING ITS MOTION FOR CONTEMPT AND SANCTIONS**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Mitchell Widell Granberg**
  granberg.mitchell@dorsey.com derijk.dawn@dorsey.com
- **William Patrick Hefner**
  whefner@gr-espel.com jak@gr-espel.com
- **James J Long**
  jlong@briggs.com kwollan@briggs.com
- **Andrew Luger**
  aluger@gr-espel.com amertz@gr-espel.com
- **Kevin M Magnuson**
  kmagnuson@briggs.com kwollan@briggs.com
- **Janice Marie Symchych**
  jsymchych@halleland.com JOstrem@halleland.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Gary Duane Schultz** (**VIA FIRST CLASS MAIL**)
Registration #10535-041
Duluth FPC
P.O. Box 1400, 6902 Airport Road
Duluth, MN 55814

**Barbara Schultz** (**VIA FIRST CLASS MAIL**)
43178 Co. Highway 137
New York Milles, MN 56567

Dated: March 3, 2005

s/ Kevin M. Magnuson
Kevin M. Magnuson (#306599)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 977-8438